## COURT OF APPEAL, THIRD CIRCUIT
### P.O. Box 16577
### Lake Charles LA 70616
### (337) 433-9403

### NOT DESIGNATED FOR PUBLICATION

George Lewis Higgins, III
Attorney at Law
P. O. Box 3370
Pineville LA 71361-3370

### REHEARING ACTION: August 18, 2010

**Docket Number: 09   01500-KA**

**STATE OF LOUISIANA**
**VERSUS**
**GEORGE EARL WHITE, JR.**

**Appealed from Grant Parish Case No. 08-079**

**BEFORE JUDGES:**

   Hon. Sylvia R. Cooks
   Hon. Billy Howard Ezell
   Hon. J. David Painter

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **George Earl White, Jr.** has this day been

   **DENIED.**

cc: Hon. James Patrick Lemoine, Counsel for the Appellee
    James D. White, Jr., Counsel for the Appellee